# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA STONE,** | : | No. 3:14cv306 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **TROY CONSTRUCTION, LLC,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 1st day of December 2015, it is hereby **ORDERED** that plaintiff's motion to certify collective action under the FLSA and class action under Rule 23 (Doc. 28) is **GRANTED**, to the extent that it is hereby **ORDERED** that:

1. The instant matter is conditionally certified as a collective action pursuant to the FLSA on behalf of all current and former non-exempt employees of defendant who, within the past three years, permanently resided within fifty miles of their worksite and received at least one per diem in a workweek in which they worked over forty hours;

2. The instant matter is certified as a class action pursuant to Rules 23(b)(2) and 23(b)(3) on behalf of all current and former non-exempt, employees of defendant who worked in Pennsylvania and who, within the past three years, permanently resided within fifty miles of their

    worksite and received at least one per diem in a workweek in which they worked over forty hours;

3. Swartz Swidler, LLC is appointed class counsel and Linda Stone is appointed class representative;

4. Within 21 days of this Order, defendant shall provide to plaintiff, in electronic and importable format, a spreadsheet identifying all class members and containing, in separate columns, each individual's first name, last name, street address, city, state, zip code, and phone number; and

5. The parties shall confer regarding notice and procedures within fourteen (14) days of this Order, and shall submit, within thirty (30) days of this Order, a joint stipulation regarding notice and procedures, or a joint letter highlighting the areas in dispute.

                                            **BY THE COURT:**

                                            <u>s/James M. Munley</u>
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**