# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA STONE, et al., : | No. 3:14cv306 |
| Plaintiffs : | |
| : | (Judge Munley) |
| v. : | |
| : | |
| TROY CONSTUCTION, LLC, : | |
| Defendant : | |

## ORDER

**AND NOW**, to wit, this 27th day of March 2018, it is hereby **ORDERED** as follows:

1. Defendant's motion for summary judgment (Doc. 105) is **GRANTED** in that plaintiffs' Count I FLSA claim is time-barred by a two-year statute of limitations;

2. This action is hereby **DISMISSED** without prejudice to the plaintiffs to pursue the remaining claims in state court; and

3. The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**