## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LINDA STONE, *et al.*,

        Plaintiffs,

v.

TROY CONSTRUCTION, LLC,

        Defendants.

Civil Action No.: 3:14-cv-306

## ORDER

AND NOW, this 5th day of November 2020, upon consideration of the Joint Motion for Final Approval of Class Settlement (Doc. 161), for approval of attorney's fees and costs, and upon consideration of arguments provided by counsel during the Final Settlement Fairness Hearing this same day, for the reasons as stated on the record, IT IS:

1.     ORDERED that having adjudged the terms of the Parties' Settlement Agreement to be fair, reasonable, and adequate, the Settlement Agreement is given final approval by this Court;

2.     ORDERED that the preliminarily certified class action for Named Plaintiff's claim under the Pennsylvania Minimum Wage Act is granted final certification pursuant to Rule 23(a) and 23(b)(3);

3.     ORDERED that the FLSA collective action is granted final certification;

4. ORDERED that Defendant, pursuant to the Settlement Agreement, shall transfer $240,000 into the Qualified Settlement Fund within ten business days;

5. ORDERED that the Claims Administrator shall distribute the Settlement Fund pursuant to the Settlement Agreement;

6. ORDERED that Class Counsel's fee application for reasonably attorney's fees in the amount of $80,000 is approved;

7. ORDERED that Class Counsel's application for reasonable costs in the amount of $9,948.96 is approved;

8. ORDERED that the requested service award of $5,000 for Named Plaintiff Linda Stone is approved;

9. ORDERED that the Claims Administrator's reasonable fees and costs are approved;

10. ORDERED that this case shall be dismissed on the merits and with prejudice as to the claims of Named Plaintiff and all Class Members released by the terms of the Settlement Agreement;

11. ORDERED that the Court will retain jurisdiction of the Action for purposes of ensuring compliance with the terms of the Parties' Settlement Agreement and this Order.

BY THE COURT:

Robert D. Mariani
United States District Judge